**Fill in this information to identify the case:**

Debtor name      **Beamreach Solar, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

### Part 1:     Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................  $          3,974,219.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................  $          9,409,888.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................  $         13,384,107.00

---

### Part 2:     Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $        43,056,705.75

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $           550,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$         7,647,177.58

4.  Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b

   $         51,253,883.33

Case: 17-50307     Doc# 3     Filed: 02/09/17     Entered: 02/09/17 16:10:02     Page 1 of 90

Debtor name **Beamreach Solar, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Opus Bank** | **Operating** | **1075** | $34.00 |
| 3.2. | **Wells Fargo Bank** | **Operating** | **8949** | $14,461.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$14,495.00

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Istar Financial Inc. - Letter of Credit (Wells Fargo)** | $550,000.00 |
| 7.2. | **Navigators Management Company - Letter of Credit (Wells Fargo)** | $50,000.00 |

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 2 of 90

| 7.3. | **Letter of Credit in favor of McCarthy landlord as security deposit** | $400,000.00 |
|---|---|---|

| 7.4. | **Letter of Credit in favor of McCarthy landlord as environmental hazard cleanup deposit** | $500,000.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Essex Capital Fund II - security deposit - leased equipment** | $100,000.00 |
|---|---|---|

| 8.2. | **Essex Capital Corp. - security deposit - leased equipment** | $100,000.00 |
|---|---|---|

| 8.3. | **Prepaid insurance** | $112,296.00 |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$1,812,296.00**

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: _____ **266,909.00** - _____ **0.00** = .... **$266,909.00**
                          face amount      doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$266,909.00**

**Part 4:   Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | Raw materials<br>Raw materials | 01/23/17 | $152,273.00 | Purchase price | $152,273.00 |
| 20. | Work in progress<br>Finished goods | 01/23/17 | $964,456.00 | Standard cost | $964,456.00 |

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

        Add lines 19 through 22. Copy the total to line 84.

        | $1,116,729.00 |
        |---|

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | Office furniture<br>Office furniture and fixtures | $52,892.00 | | $52,892.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Office equipment | $418,313.00 | | $418,313.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

     Add lines 39 through 42.  Copy the total to line 86.

     | **$471,205.00** |
     | --- |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Lab & manufacturing equipment | $5,728,254.00 | GAAP | $5,728,254.00 |

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

     | **$5,728,254.00** |
     | --- |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.    **1530 McCarthy Blvd., Milpitas, CA 95035** | **Leasehold improvements** | **$3,974,219.00** | **GAAP** | **$3,974,219.00** |

**56.**    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

                                                            **$3,974,219.00**

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☐ No
      ☑ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** <br> **The Debtor has nearly 400 patents issued or pending worldwide encompassing integrated solar panel and racking products, back-contact solar PV cells, and other enabling technologies.** | **Unknown** | | **Unknown** |

**61.**    **Internet domain names and websites**

**62.**    **Licenses, franchises, and royalties**

**63.**    **Customer lists, mailing lists, or other compilations**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

                                                            **$0.00**

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ☑ No
      ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,495.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,812,296.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $266,909.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,116,729.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $471,205.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,728,254.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $3,974,219.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,409,888.00 | + 91b. $3,974,219.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,384,107.00 |

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 8 of 90

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **2000 New Resolutions LLC**<br>Creditor's Name<br><br>**257 N. Battin Street**<br>**Wichita, KS 67208**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien on all assets.**<br><br>Describe the lien<br>**Junior lien with Opus Bank having first priority.**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$30,001.50** | **$0.00** |

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **AJWC LTD**<br>Creditor's Name<br><br>**13910 Bluff Wind**<br>**San Antonio, TX 78216**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien on all assets.**<br><br>Describe the lien<br>**Junior lien with Opus Bank having first priority.**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$65,976.75** | **$0.00** |

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 9 of 90

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Alton Donald Sands** | | **Describe debtor's property that is subject to a lien** | $8,997.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**15 Maple Avenue
Jamestown, RI 02835**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Arnold Thompson** | | **Describe debtor's property that is subject to a lien** | $50,001.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**11 Wawona Street
San Francisco, CA 94127**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Asana Holdings, LLC** | | **Describe debtor's property that is subject to a lien** | $250,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1482 E. Valley Road, 617
Montecity, CA 93108**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Baiju Gohil**<br>Creditor's Name<br><br>**1 Cumberlamd CT**<br>**Huntington, NY 11743**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien on all assets.**<br><br><br>Describe the lien<br>**Junior lien with Opus Bank having first priority.**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $14,994.00 | $0.00 |
|---|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Barry Donner**<br>Creditor's Name<br><br>**6 Via Senna**<br>**Dana Point, CA 92629**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Blanket lien on all assets.**<br><br><br>Describe the lien<br>**Junior lien with Opus Bank having first priority.**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $100,460.25 | $0.00 |
|---|---|---|---|---|

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 2.8 | **Brian L. Heckler** | Describe debtor's property that is subject to a lien | $24,999.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1200 Judson Avenue
Evanston, IL 60202**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Charles Hill** | Describe debtor's property that is subject to a lien | $49,999.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**8700 Big View Drive
Austin, TX 78730**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Charles K. Eby Trust** | Describe debtor's property that is subject to a lien | $149,940.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1813 N. Cranbrook Circle
Wichita, KS 67026**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Claude A. Wyle** | Describe debtor's property that is subject to a lien | $24,995.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**275 Battery St.., Ste 1,300**
**San Francisco, CA 94111**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Daniel C. Rizzo Jr. & Jeanine M. Rizzo,** | Describe debtor's property that is subject to a lien | $125,000.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1785 Waterford CT**
**Pittsburgh, PA 15241**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.1 3 | **Daniel M. Carney** | Describe debtor's property that is subject to a lien | $44,982.00 | $0.00 |

Creditor's Name

**257 N. Battin Street**
**Wichita, KS 67208**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **David A. Fitz** | Describe debtor's property that is subject to a lien | $19,999.50 | $0.00 |

Creditor's Name

**12698 Arthue Graves Jr. Ct.**
**Bristow, VA 20136**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **David E. Hall Living Trust** | Describe debtor's property that is subject to a lien | $44,982.00 | $0.00 |

Creditor's Name

**7786 Orion Street**
**Arvada, CO 80007**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

---

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 14 of 90

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **David P. Bacon & Lucia Warner Bacon, JTW** | Describe debtor's property that is subject to a lien | $134,946.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**9410 Delancey Drive Vienna, VA 22182**

Creditor's mailing address

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **David Petterson** | Describe debtor's property that is subject to a lien | $99,999.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**13701 209th Avenue Woodinville, WA 98077**

Creditor's mailing address

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.18 | **David R. Johnson** | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |

Creditor's Name

**2901 Smallman Street  Unit 4**
**Pittsburgh, PA 15219**
Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **David S. Safran & Susan Safran, JTWROS** | Describe debtor's property that is subject to a lien | $44,982.00 | $0.00 |

Creditor's Name

**2583 Plum Tree Court**
**Vienna, VA 22181**
Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Denis Berry** | Describe debtor's property that is subject to a lien | $50,001.00 | $0.00 |

Creditor's Name

**1404 Siebert Court**
**Naperville, IL 60565**
Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Dennis L. Ross Living Trust** | | |
|---|---|---|---|

Creditor's Name

**747 N. Linden Court
Wichita, KS 67206**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $149,994.00    $0.00
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Donald C. Wright Revocable Trust** | | |
|---|---|---|---|

Creditor's Name

**433 Windsor Park Drive
Dayton, OH 45459**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $49,999.50    $0.00
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 17 of 90

| 2.2 3 | **Dr. Joseph P. Galichia & Stella A. Galic** | Describe debtor's property that is subject to a lien | $25,000.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**808 N. Linden Street**
**Wichita, KS 67206**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Dr. Larry Burton** | Describe debtor's property that is subject to a lien | $49,999.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2714 27th Street NW**
**Washington, DC 20008**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Dyke Rogers** | Describe debtor's property that is subject to a lien | $149,940.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**323 Denver Avenue**
**Dalhart, TX 79022**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Edmond Allen Morrison** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**50 Angus Lane**
**Warren, NJ 07059**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Edmond P. Brady & Kathleen M. Brady, JTW** | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**17 Stonebridge Rd.**
**Sparta, NY 07871**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.2 8 | **Elizabeth Gile Ratcliff & Rob Gile, JTW** | | | $15,001.50 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1480 Silver King Drive
Aspen, CO 81611**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 9 | **Emilio DiMatteo** | | | $20,000.25 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16 Birch Grove Drive
Armonk, NY 10504**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 0 | **Erin C. Lau** | | | $22,491.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**316 Hillside Ct.
Kingston, NY 12401**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 20 of 90

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Essex Capital Corporation** | Describe debtor's property that is subject to a lien | $750,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1486 East Valley Road
Santa Barbara, CA 93108**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Essex Capital Corporation** | Describe debtor's property that is subject to a lien | $10,834,243.00 | $10,834,243.00 |
|---|---|---|---|---|

Creditor's Name

**Ralph T. Iannelli, President
1486 East Valley Rd.
Santa Barbara, CA 93108**

Creditor's mailing address

**Manufacturing equipment**

**Describe the lien**

**Equipment Lease**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **FBO Linoleum City, Inc. M/P/P UTA, DTD 1** | Describe debtor's property that is subject to a lien | $99,995.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**4849 Santa Monica Blvd.
Los Angeles, CA 90029**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 4 | **Fitzgerald Family LLC** | **Describe debtor's property that is subject to a lien** | $12,745.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**9712 Charles Street
Omaha, NE 68114**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 5 | **Fred J. Stifter & Regina Tozar Stifter,** | **Describe debtor's property that is subject to a lien** | $44,982.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**2430 Sleepy Hollow Drive
Glendale, CA 91206**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | Fredrick J. ShimeK & Lynn Shimek, JTWROS | | $7,497.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**19 Schuback Drive
Sugar Land, TX 77479**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | Gerald C. McCaslin Trust DTD 02/25/1992 | | $24,989.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2525 Liberty Landing Road
Liberty, MO 64068**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | Gerald R. Salerno | Describe debtor's property that is subject to a lien | $49,999.50 | $0.00 |
|---|---|---|---|---|

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 23 of 90

Creditor's Name

**1 Their Lane
Upper Saddle River, NJ
07458**

Creditor's mailing address

Blanket lien on all assets.

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.39 | | | |
|---|---|---|---|

**Gerald T. Aaron Living
Trust**

Creditor's Name

**8915 East Dougles
Wichita, KS 67207**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$74,970.00    $0.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.40 | | | |
|---|---|---|---|

**Glenn M. Gardner**

Creditor's Name

**3332 N. Woodlawn Ave.
Metairie, LA 70006**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

$24,990.75    $0.00

Creditor's email address, if known

**Date debt was incurred**

■ No

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 24 of 90

|                                              |                                                                  |
| -------------------------------------------- | ---------------------------------------------------------------- |
|                                              | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)      |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Grant Family Trust dated 11/8/2012** | **Describe debtor's property that is subject to a lien** | $750,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2901 Clint Moore Rd. #273
Boca Raton, FL 33496**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **GSV Capital Lending, LLC** | **Describe debtor's property that is subject to a lien** | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2925 Woodside Road
Woodside, CA 94062**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **H. Alan Gocha** | **Describe debtor's property that is subject to a lien** | $199,999.50 | $0.00 |
|---|---|---|---|---|

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 25 of 90

Creditor's Name

**Blanket lien on all assets.**

**440 Hilltop Dr.**
**White Lake, MI 48386**
Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 4 | **Harry E. Tyler Trust** | **Describe debtor's property that is subject to a lien** | $24,989.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**211 Pleasant Street**
**Mt. Pleasant, TN 38474**
Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 5 | **Harvey Greenspan** | **Describe debtor's property that is subject to a lien** | $3,748.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**20 Dawson Avenue**
**West Orange, NJ 07052**
Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

Date debt was incurred

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

☐ **Yes. Fill out** *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | | | |
|---|---|---|---|

**Isabelle Derkazarian**

Creditor's Name

**51 Marsh Street
Belmont, MA 02478**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,999.50          $0.00

---

| 2.4 7 | | | |
|---|---|---|---|

**James Aldridge**

Creditor's Name

**49 Church Lane
Scarsdale, NY 10583**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$50,999.25          $0.00

---

| 2.4 8 | | | |
|---|---|---|---|

**James C. Leslie**

**Describe debtor's property that is subject to a lien**

$25,499.25          $0.00

---

Creditor's Name

**32 Manor Road**
**Huntington, NY 11743**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Blanket lien on all assets.

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 9 | | | |
|---|---|---|---|

**James Drapela**

Creditor's Name

**1302 Mprton League Rd.**
**Richmond, TX 77406**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien      $24,989.25      $0.00
Blanket lien on all assets.

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 0 | | | |
|---|---|---|---|

**James Field**

Creditor's Name

**8743 W. Fairway Dr.**
**Baton Rouge, LA 70809**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien      $29,988.00      $0.00
Blanket lien on all assets.

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 28 of 90

Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 1 | **James M. Tomlin Revocable Investment, Tr** | | $24,989.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**309 W. Morningside Dr. Peoria, IL 61614**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 2 | **James Manske** | | $14,994.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1203 Washington Street Oshkosh, WI 54901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 3 | **James P. Ginzkey** | | $89,214.75 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Creditor's Name

**Blanket lien on all assets.**

**221 East Washington Street
Bloomington, IL 61701**
Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | As of the petition filing date, the claim is: |
|---|---|
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 4 | **James R. Grier III & Carolyn E. Grier, J** | **Describe debtor's property that is subject to a lien** | $49,999.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**2525 E-36th Circle N.
Wichita, KS 67219**
Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | As of the petition filing date, the claim is: |
|---|---|
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 5 | **James R. Riggins Trust Dtd 04/24/2012** | **Describe debtor's property that is subject to a lien** | $29,988.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**213 Mariners Point Rd
Sequim, WA 98382**
Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 30 of 90

| Debtor | **Beamreach Solar, Inc.** | Case number (if know) |
|---|---|---|
| | Name | |

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 6 | **James Somers** | Describe debtor's property that is subject to a lien | $25,011.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2471 N. 91st Street**
**Milwaukee, WI 53226**

Creditor's mailing address

Blanket lien on all assets.

**Describe the lien**

Junior lien with Opus Bank having first priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **James Tomlin** | Describe debtor's property that is subject to a lien | $24,989.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**309  W. Morningside Dr.**
**Peoria, IL 61614**

Creditor's mailing address

Blanket lien on all assets.

**Describe the lien**

Junior lien with Opus Bank having first priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | **Jan. L. Ziegler** | Describe debtor's property that is subject to a lien | $49,999.50 | $0.00 |
|---|---|---|---|---|

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 31 of 90

Creditor's Name

**Blanket lien on all assets.**

**60 Edgewater Drive 12-F**
**Coral Gables, FL 33175**

Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first**
**priority.**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 9 | **Jeff Belfiglio** | **Describe debtor's property that is subject to a lien** | $14,994.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**12629 NE 2nd Street**
**Bellevue, WA 98005**

Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first**
**priority.**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 0 | **Jerry L. Sands** | **Describe debtor's property that is subject to a lien** | $5,997.75 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**401 Hay Long Avenue**
**Mt. Pleasant, TN 38474**

Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first**
**priority.**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 32 of 90

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **Joelle Lapeze** | | $30,001.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**304 Park Ridge Drive**
**River Ridge, LA 70123**

Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 2 | **John A. Barlow** | | $29,988.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**103 Virginia Place**
**Longview, WA 98632**

Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **John F. McCarthy** | | $25,499.25 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Creditor's Name

**Blanket lien on all assets.**

**50 Mayhew Road
Attleboro, MA 02703**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 4 | **John H. Pomeroy  & Jyl E. Pomeroy, JTWRO** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

$74,970.00　　$0.00

**2410 N. Lincoln Street
Arlington, VA 22207**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 5 | **John J. Todd** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

$112,470.00　　$0.00

**3586 Wishbone Way
Encinitas, CA 92024**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Case: 17-50307　　Doc# 3　　Filed: 02/09/17　　Entered: 02/09/17 16:10:02　　Page 34 of 90

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 6 | **John Stelluti** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

$14,994.00

$0.00

**28 Adela Ct.**
**Yorktown Hts., NY 10598**

**Blanket lien on all assets.**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 7 | **John Wiggins & Dorothy Wiggins, JTWROS** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

$22,491.00

$0.00

**6 Stagecoach Road**
**Sunapee, NH 03782**

**Blanket lien on all assets.**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 8 | **Jonathan Ansbacher** | | | |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

$25,011.75

$0.00

---

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 35 of 90

Creditor's Name

**71 Birch Lane
Massapequa Park, NY
11762**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 9 | | | | |

**Joseph McLauchlan**

Creditor's Name

**8739 Terra Mont Way
San Antonio, TX 78255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          $15,000.00          $0.00

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 0 | | | | |

**Joseph Nestola**

Creditor's Name

**20 Cortelyou Rd.
Merrick, NY 11520**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**          $14,994.00          $0.00

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first
priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 36 of 90

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | **Joshua Braen** | | $24,989.25 | $0.00 |
|---|---|---|---|---|

**Joshua Braen**
Creditor's Name

**670 Laurel Lane**
**Wyckoff, NJ 07481**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | **Keith O. Newton** | | $15,000.00 | $0.00 |
|---|---|---|---|---|

**Keith O. Newton**
Creditor's Name

**1120 Thomas Street #105**
**Oak Park, IL 60302**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **KPCB Holdings Inc., as nominee** | | $250,000.00 | $0.00 |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Creditor's Name

Blanket lien on all assets.

**2750 Sand Hill Road**
**Menlo Park, CA 94025**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 4 | **Kurtis S. Krentz** | Describe debtor's property that is subject to a lien | $19,999.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Blanket lien on all assets.

**140 Cassia Court**
**Medina, MN 55340**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 5 | **Lawrence Joseph Scardaci** **& Deborah Ann S** | Describe debtor's property that is subject to a lien | $8,997.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Blanket lien on all assets.

**58 Dutchess Hill Rd.**
**Poughkeepsie, NY 12601**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 38 of 90

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 6 | **Lee Evan Belfiglio** | | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |

Creditor's Name

**12629 NE 2nd Street**
**Bellevue, WA 98005**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 7 | **Mario Dell'Aera** | | Describe debtor's property that is subject to a lien | $25,000.50 | $0.00 |

Creditor's Name

**217 Park Drive**
**Eastchester, NY 10709**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 8 | **Mark Detroia** | | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 39 of 90

Creditor's Name

**Blanket lien on all assets.**

**15G Nob Hill**
**Roseland, NJ 07068**
_____

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 9 | **Mark N. Jacobson** | **Describe debtor's property that is subject to a lien** | $49,999.50 | $0.00 |
|-------|----------|--------|---|---|

Creditor's Name

**Blanket lien on all assets.**

**800 W. End Ave. Apt. 13 B**
**New York, NY 10025**
_____

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 0 | **Mark W. Lang & Harriet Goldman-Lang, JTW** | **Describe debtor's property that is subject to a lien** | $37,485.00 | $0.00 |
|-------|----------|--------|---|---|

Creditor's Name

**Blanket lien on all assets.**

**53 Wildwood Rd.**
**Andover, MA 01810**
_____

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Case: 17-50307     Doc# 3     Filed: 02/09/17     Entered: 02/09/17 16:10:02     Page 40 of 90

Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 1 | **Mason D. Corn & Helen H. Corn, JTWROS** | | |
|---|---|---|---|

Creditor's Name

**61 Dreyer Avenue
Staten Island, NY 10314**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,989.25          $0.00

---

| 2.8 2 | **Matthew T. Reed** | | |
|---|---|---|---|

Creditor's Name

**10504 E. Ayesbury St.
Wichita, KS 67226**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,994.00          $0.00

---

| 2.8 3 | **MH Zoller Profit Sharing Plan** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$24,989.25          $0.00

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 41 of 90

Creditor's Name

**Blanket lien on all assets.**

**2142 SE 12th Avenue**
**Camas, WA 98607**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 4 | **Michael D. Grassi** | Describe debtor's property that is subject to a lien | $73,470.75 | $0.00 |

Creditor's Name

**Blanket lien on all assets.**

**12 Stonebridge Lane**
**Pittsford, NY 14534**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 5 | **Michael J. Spezia** | Describe debtor's property that is subject to a lien | $39,996.75 | $0.00 |

Creditor's Name

**Blanket lien on all assets.**

**46 Bellerive Acres**
**Saint Louis, MO 63121**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 42 of 90

Last 4 digits of account number

|  | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 6 | **Michael L. Tyler & Melanie L. Tyler, JTW** | **Describe debtor's property that is subject to a lien** | $24,989.25 | $0.00 |

Creditor's Name

**Blanket lien on all assets.**

**703 N. Main Street
Mt. Pleasant, TN 38474**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 7 | **Michael Maher** | **Describe debtor's property that is subject to a lien** | $100,000.50 | $0.00 |

Creditor's Name

**Blanket lien on all assets.**

**213 N. Delaplaine Rd.
Riverside, IL 60545**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 8 | **Michael Sliger** | **Describe debtor's property that is subject to a lien** | $49,930.50 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Creditor's Name

**Blanket lien on all assets.**

**19716 SE 23rd Street**
**Sammamish, WA 98075**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 9 | **Michael Snow** | **Describe debtor's property that is subject to a lien** | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**1308 Huddson Street Apt.**
**2R**
**Hoboken, NJ 07030**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 0 | **NCD Investors** | **Describe debtor's property that is subject to a lien** | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Blanket lien on all assets.**

**649 San Ramon Valley Blvd**
**Danville, CA 94526**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first**
**priority.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 1 | **Opus Bank** | Describe debtor's property that is subject to a lien | $24,166,666.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Andrew Jarvis**
**FVP - Sr. Special Credits**
**Officer**
**19900 MacArthur Blvd.,**
**12th Flr.**
**Irvine, CA 92612**

**Blanket lien on all assets.**

Creditor's mailing address

Describe the lien

**Blanket lien.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Bridge Loan Investors, Opus has first priority | ☐ Disputed |

---

| 2.9 2 | **Patrick J. Lapone** | Describe debtor's property that is subject to a lien | $49,999.50 | Unknown |
|---|---|---|---|---|

Creditor's Name

**79 SW 12th Street #2609**
**Miami, FL 33130**

**Blanket lien on all assets.**

Creditor's mailing address

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 45 of 90

| 2.9 3 | **Perry Sutaria** | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |

Creditor's Name

**6 Buckingham Ct.
Morristown, NJ 07960**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 4 | **R. David Morris** | Describe debtor's property that is subject to a lien | $49,999.50 | $0.00 |

Creditor's Name

**506 N. Grove Avenue
Oak Park, IL 60302**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 5 | **Raj M. Sutaria** | Describe debtor's property that is subject to a lien | $21,996.75 | $0.00 |

Creditor's Name

**99 Lawrence Hill Rd.
Cold Spring Harbor, NY 11724**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 38 of 51

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 6 | | | |
|---|---|---|---|

**Rajiv Thandani**
Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

$15,000.00     $0.00

**48980 Tulane Drive
Fremont, CA 94539**
Creditor's mailing address

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 7 | | | |
|---|---|---|---|

**Rakesh Amin Living Trust**
Creditor's Name

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

$200,006.25     $0.00

**333 W. Hubbard St., Apt. 617
Chicago, NY 60654**
Creditor's mailing address

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| 2.9 8 | **Raymond Todd Barrett** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |

Creditor's Name

**4930 Wintergreen Lane
Carmel, IN 46033**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 9 | **Richard Bush** | Describe debtor's property that is subject to a lien | $7,497.00 | $0.00 |

Creditor's Name

**3525 Walworth Rd
Marion, NY 14505**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 00 | **Richard J. Kavanagh** | Describe debtor's property that is subject to a lien | $34,487.25 | $0.00 |

Creditor's Name

**401 Ashley Drive
New Lenox, IL 60451**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 40 of 51

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 01 | **Robert B. Tome & Barbara U. Tomes, JTWRO** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**    $74,970.00    $0.00
**Blanket lien on all assets.**

**6009 Settlement Way**
**McKinney, TX 75070**
Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 02 | **Robert C. Dobkin** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**    $26,225.25    $0.00
**Blanket lien on all assets.**

**16095 Ridgecrest Avenue**
**Monte Sereno, CA 95030**
Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 03 | **Robert J. Bargar & Elinor Nelson, JTWROS** | Describe debtor's property that is subject to a lien | $29,988.00 | $0.00 |

Creditor's Name

**137 Pine Ridge Road
Waban, MA 02488**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 04 | **Robert J. Reutter** | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |

Creditor's Name

**815 Hagadorn Rd.
Mason, MI 48854**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 05 | **Robert J. Viani** | Describe debtor's property that is subject to a lien | $149,940.00 | $0.00 |

Creditor's Name

**994 Salt Point Turnpike
Pleasant Valley, NY 12569**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 06 | **Robert Niecestro** | Describe debtor's property that is subject to a lien | $50,001.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10785 Regetta Ridge Rd. Boynton Beach, FL 33473**

**Blanket lien on all assets.**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 07 | **Robert R. Crawford Revocable Trust** | Describe debtor's property that is subject to a lien | $29,988.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**8830 E. Shannon Way Court Wichita, KS 67206**

**Blanket lien on all assets.**

Creditor's mailing address

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 08 | **Robert W. Kastenschmidt** | Describe debtor's property that is subject to a lien | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**8602 Ashridge Park Drive**
**Springfield, TX 77379**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 09 | **Ronald Blass** | Describe debtor's property that is subject to a lien | $29,988.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**21 Valley View Road**
**Hyde Park, NY 12538**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 10 | **Ronald C. Arndorfer & Joan C. Arndorfer,** | Describe debtor's property that is subject to a lien | $29,988.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5656 Grove Terrace**
**Greendale, WI 53129**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 44 of 51

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 11 | **Ronald L. Asher** | Describe debtor's property that is subject to a lien | $139,969.50 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2010 W. Leota Street
North Platte, NE 69101**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 12 | **Ronald S. Bewersdorff Revocable Living T** | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**15500 Chadwick Rd.
Portland, MI 48875**

Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 13 | **Scott A. Brody** | Describe debtor's property that is subject to a lien | $9,999.75 | $0.00 |

Creditor's Name

**57 Fairview Street
Huntington, NY 11743**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 14 | **Shalwitz-Feuerstein Revocable Trust DTD** | Describe debtor's property that is subject to a lien | $29,988.00 | $0.00 |

Creditor's Name

**1625 E. Claremont Street
Phoenix, AZ 85016**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 15 | **Shashank & Shilpa Upadhye** | Describe debtor's property that is subject to a lien | $150,090.00 | $0.00 |

Creditor's Name

**418 Phillippa Street
Hinsdale, IL 60521**

Creditor's mailing address

**Blanket lien on all assets.**

Describe the lien

**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 54 of 90

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 16 | **Sheldon Miller** | **Describe debtor's property that is subject to a lien** | $249,650.25 | $0.00 |

Creditor's Name

**31731 Northwestern Highway**
**Farmington Hills, MI 48334**
Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 17 | **Stephen E. Bankoff & Marilyn Bankoff, JT** | **Describe debtor's property that is subject to a lien** | $11,245.50 | $0.00 |

Creditor's Name

**1853 Bishops Green Drive**
**Marietta, GA 30062**
Creditor's mailing address

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 55 of 90

| | | | | |
|---|---|---|---|---|
| 2.1 18 | **Stephen Tagge & Neta M. Tagge, JTWROS** | Describe debtor's property that is subject to a lien | $29,988.00 | $0.00 |

Creditor's Name

**One North Old Capital Plaza #200 Springfield, IL 62706**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 19 | **Steven C. Nadeau** | Describe debtor's property that is subject to a lien | $99,995.25 | $0.00 |

Creditor's Name

**839 Lochmoor Blve Grosse Pointe Woods, MI 48236**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 20 | **Stewart R. Ackerman & Nancy L. Ackerman** | Describe debtor's property that is subject to a lien | $14,994.00 | $0.00 |

Creditor's Name

**1104 W Broad St Quakertown, PA 18951**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Blanket lien on all assets.**

**Describe the lien**

**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>21 | **T.H.E. Enterprises, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Blanket lien on all assets.** | $44,982.00 | $0.00 |

**8400 E. Tipperary Street**
**Wichita, KS 67206**
Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1<br>22 | **Transcontinent Holdings Company, LLC**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Blanket lien on all assets.** | $74,922.75 | $0.00 |

**8300 E. Steeplechase St.**
**Wichita, KS 67206**
Creditor's mailing address

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.1 23 | **W. Garner McNett** | | | |
|---|---|---|---|---|

Creditor's Name

**7706 Turnberry Ln.**
**Dallas, TX 75248**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   $37,485.00   $0.00
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 24 | **William A. Abramson** | | | |
|---|---|---|---|---|

Creditor's Name

**4820 Bridgewater Rd.**
**Birmingham, AL 35243**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   $95,961.75   $0.00
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 25 | **William F. Gumina** | | | |
|---|---|---|---|---|

Creditor's Name

**21 Lake Walton Road**
**Wappingers Falls, NY 12590**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**   $2,999.25   $0.00
**Blanket lien on all assets.**

**Describe the lien**
**Junior lien with Opus Bank having first priority.**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Date debt was incurred

Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 26 | | | |
|---|---|---|---|

**Wuethrich Investments LLC**
Creditor's Name

**204 E. Hinker Rd. Greenwood, WI 54437**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on all assets.**

Describe the lien
**Junior lien with Opus Bank having first priority.**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$49,999.50          $0.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$43,056,705.75

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 59 of 90

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550,000.00** | **Unknown** |
|---|---|---|---|---|

**Santa Clara County Tax Collector**
**70 West Hedding Street**
**San Jose, CA 95110-1767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,411.16** |
|---|---|---|---|

**2XL**
**212 Railroad Ave.**
**Milpitas, CA 95035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,475.69** |
|---|---|---|---|

**3M Purification, Inc.**
**PO Box 844897**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 60 of 90

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,299.50 |
|---|---|---|---|

**40 Hrs Staffing**
**1669 Flanigan Dr.**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,605.98 |
|---|---|---|---|

**Ace Fire Equipment & Service Co., Inc.**
**PO Box 1142**
**Palo Alto, CA 94302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $908.10 |
|---|---|---|---|

**ACE Jerneh Insurance Berhard**
**38 Jalan Sultan Ismail 50250**
**Juala Lumpur, Malaysia aysia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**ACME Roofing Services Inc**
**572 Rosewood Ct.**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,337.93 |
|---|---|---|---|

**Advanced Chemical Transport**
**1210 Elko Dr.**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,208.92 |
|---|---|---|---|

**AERONET**
**PO BOX 17239**
**Irvine, CA 92623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,637.87 |
|---|---|---|---|

**Aggreko**
**P.O Box 972562**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 61 of 90

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.11 |
|---|---|---|---|

**Air Liquide America Specialty Gases**
Box 301046
Dallas, TX 75303

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,963.97 |
|---|---|---|---|

**Air Products & Chemicals, Inc.**
BOX 935430
Atlanta, GA 31193-5430

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.25 |
|---|---|---|---|

**Airgas NCN**
PO Box 7423
Pasadena, CA 91109

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,055.00 |
|---|---|---|---|

**Alliance Occupational Medicine**
2737 Walsh Ave.
Santa Clara, CA 95051

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,993.00 |
|---|---|---|---|

**Almaden**
639 Qinglong East Road Tianning
Changzhou, PRC

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.63 |
|---|---|---|---|

**American Precision Dicing Inc.**
642 Giguere Ct.
San Jose, CA 95133

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Arnecke Sibeth**
Am Brauhaus 1
Dresden, Germany 01099-0000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.69 |

**AT&T**
PO Box 5019
Carol Stream, IL 60197

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,926.05 |

**Atlas Weathering Services Group**
45601 North 47th Ave.
Phoenix, AZ 85087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $991.00 |

**Bay Area Builders, Inc.**
3360 De La Cruz Blvd.
Santa Clara, CA 95054

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,257.55 |

**Bay Area Circuits, Inc.**
44358 Old Warm Springs Boulevard
Fremont, CA 94538

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.00 |

**Beaver & Associates**
1303 S. Gibson Ct.
Superior, CO 80027

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Beck's Shoes, Inc.**
Attn: Accounts Receivable 354 E. McGlinc
Campbell, CA 95008

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,861.19 |

**Big Joe California North, Inc.**
25932 Eden Landing Rd
Hayward, CA 94545

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 63 of 90

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$761.40** |
|---|---|---|---|

**Bittele Electronics Inc.**
**250 Consumers Road, Suite 400**
**N. York, Ontario, Canada M2J4V6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,400.00** |
|---|---|---|---|

**Black & Veatch Management Consulting, LL**
**11401 Lamar Ave Overland**
**Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$119,595.75** |
|---|---|---|---|

**Bressler Group**
**1216 Arch Street Floor 7**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,885.04** |
|---|---|---|---|

**Brookwood RB Investors, LLC**
**PO Box 844294**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,300.00** |
|---|---|---|---|

**BTG Labs**
**5129 Kieley Place**
**Cincinnati, OH 45217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,875.00** |
|---|---|---|---|

**Buhler Inc.**
**28064 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**Business Telephone eXchange, Inc.**
**929 Berryessa Rd. #10**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 64 of 90

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628.06 |
|---|---|---|---|

**California Vacuum System**
18675 Adams Court Suite L.
Morgan Hill, CA 95037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**CALSEIA**
1107 9th. St. Ste. 820
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,078.13 |
|---|---|---|---|

**Chemical Safety Technology, Inc**
2461 Automnvale Dr.
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**ChemTrace (Metron/Applied Materials)**
1900 AM Drive, Ste 200
Quakertown, PA 18951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $496.78 |
|---|---|---|---|

**Cintas**
Corporation PO BOX 631025
Cinicinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,892.92 |
|---|---|---|---|

**City of Milpitas (utility)**
PO Box 7006
San Francisco, CA 94120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,723.01 |
|---|---|---|---|

**CivicSolar**
582 Market St. Suite 1300
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307  Doc# 3  Filed: 02/09/17  Entered: 02/09/17 16:10:02  Page 65 of 90

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,155.70 |
|------|------|------|------|
| | **Clean Tech (Centrotherm), Inc. S&U**<br>**5830 Copper Leaf Lane.**<br>**Naples, FL 34116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,539.20 |
|------|------|------|------|
| | **Cleanpart SET, Inc.**<br>**631 International Parkway Suite 200**<br>**Richardson, TX 75081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.09 |
|------|------|------|------|
| | **Coherent Inc**<br>**Bank of America Lockbox Services File 57**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|------|------|------|------|
| | **CPP, Inc.**<br>**2400 Midpoint Dr. Unit 190**<br>**Fort Collins, CO 80525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.00 |
|------|------|------|------|
| | **Criterion Labs, Inc**<br>**P.O Box 700190**<br>**San Jose, CA 95170** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $377.08 |
|------|------|------|------|
| | **DataSafe**<br>**P.O. Box 7794**<br>**San Francisco, CA 94120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|------|------|------|------|
| | **Dewey Pest Control**<br>**781 Mabury Rd**<br>**San Jose, CA 95133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 66 of 90

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.00 |

**DHL Express - USA**
16592 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**Diamond Fence Company, Inc.**
15466 Los Gatos Blvd. #109-147
Los Gatos, CA 95032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,800.00 |

**DIODES Incorporated**
4949 Hedgcoxe Rd. Suite 100
Plano, TX 75024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |

**DNV GL PVEL, LLC**
67 South Bedford St. Suite 201E
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,055.00 |

**Dysert Environmental, Inc.**
P.O Box 5608
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,240.00 |

**EAG Inc.**
PO Box 203544
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,647.04 |

**Eastwick Communications**
211 Sutter St. Floor 3
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 67 of 90

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | $1,330.24 |

**EMCE**
**'s Gravendamseweg 53**
**Voorhout, The Netherlands 2215TC**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | $13,460.38 |

**Evoqua Water Technologies**
**28563 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | $1,415.00 |

**Expo Partner**
**VESTERVANGSVEJ 8**
**Viborg, Denmark 08800-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | $17.66 |

**FedEx Express**
**PO Box 7221**
**Pasadena, CA 91109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | $399.04 |

**FEI Company**
**9066 Paysphere Circle**
**Chicago, IL 60674**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | $798,456.36 |

**Fenwick & West LLP**
**Silicon Valley Center**
**801 California Street**
**Mountain View, CA 94041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | $930.00 |

**Fidelity Roof, Inc.**
**1074 40th Street**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 68 of 90

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,817.41** |
|---|---|---|---|

**First Choice Services**
3130 Alfred St.
Santa Clara, CA 95054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,975.11** |
|---|---|---|---|

**Flagship Facility Services, Inc.**
P.O. Box 49019
San Jose, CA 95161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,815.00** |
|---|---|---|---|

**FORELL/ELSESSER ENGINEERS, INC**
160 Pine St
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,000.00** |
|---|---|---|---|

**Fortix**
548-196 Gajwa-don
Seo-gu Incheon, Korea

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,943.99** |
|---|---|---|---|

**FR Kelly**
27 Clyde Road,
Dublin 4, Ireland D04 F838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,640.00** |
|---|---|---|---|

**Friedmann & Kirchner GmbH**
Grobe Ahlmuhle 7 D-7686
Rohrbach, Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,147.50** |
|---|---|---|---|

**George R. Tuttle**
100 Larkspur Landing Circle, Suite 385
Larkspur, CA 94939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 69 of 90

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,888.50 |
|---|---|---|---|

**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,201.02 |
|---|---|---|---|

**GoEngineer, Inc.**
**1787 E. Fort Union Blvd #200**
**Cottonwood Heights, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,185.00 |
|---|---|---|---|

**Graco Ohio Inc.**
**8400 Port Jackson Ave. NW North**
**Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $437.14 |
|---|---|---|---|

**Grainger**
**Dept 873978142**
**Palatine, IL 60038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**GreenBiz group**
**350 Frank H. Ogawa Plaza ste 800**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Harrington Industrial Plastics**
**14480 Yorba Ave**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.00 |
|---|---|---|---|

**Heigl Adhesives**
**7667 Cahill Road Suite #100**
**Edina, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-50307  Doc# 3  Filed: 02/09/17  Entered: 02/09/17 16:10:02  Page 70 of 90

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $898.75 |
|------|---|---|---|

**3.73** Nonpriority creditor's name and mailing address

**Hellmann Worlwide Logistics**
**C/O Deutsche Bank Trust PO Box 13361**
**Newwark, NJ 71010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$898.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

**Herrmann & Schmidt**
**Lierstra e 27**
**Munchen, Germany 80639-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$332.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

**HPM Systems Inc.**
**70 Saratoga Ave., Suite 200**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$16,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

**IFI Institut fur Industrieaerodynamik Gm**
**Institute at Aachen University of Applie**
**Strabe 120 52074**
**Aachen, Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$26,290.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address

**Inland Water, Inc**
**P.O Box 2925**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

**InnoLas Solutions Gmbh**
**Pionierstrasse 6 8215**
**Krailling, Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$9,399.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

**Interior Nature's Design**
**25108 Marguerite Pkway #336**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 71 of 90

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,595.12 |
|---|---|---|---|

**Intertrust**
**87 Mary Street**
**George Town Grand Cayman, Cayman Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,662.50 |
|---|---|---|---|

**ISSI**
**142 Woodcrest Place**
**Santa Cruz, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $683.00 |
|---|---|---|---|

**Jiaquan IP Law Firm**
**910, Tower A Winner Plaza**
**No. 100 Huangpu Ave. W.Tianhe**
**Guangzhou, Guangdong**
**Republic of China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.93 |
|---|---|---|---|

**JLL Property Services (Malaysia) Sdn Bhd**
**Unit 7.2, Level 7, Menara 1 Sentrum, No**
**Kuala Lumpur, Malaysia 50470-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,343.33 |
|---|---|---|---|

**John G. Klinestiver**
**2253 Franklin St.**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,550.00 |
|---|---|---|---|

**Jonas & Redmann**
**Kaiserin - Augusta - Allee**
**Berlin, Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**Jonas & Redmann USA, Inc.**
**5035 NE Elam Young Pkwy Suite 100**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 72 of 90

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,370.50 |
|---|---|---|---|

**JRT Photovoltaics GmbH & Co. KG**
**Riegeler Stra e 4, 79364**
**Malterdingen, Germany**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $821.07 |
|---|---|---|---|

**K-Tech Manufacturing & Machining**
**3260 Keller St#5**
**Santa Clara, CA 95054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,090.00 |
|---|---|---|---|

**Kepware Technologies**
**PO Box 579**
**Portland, ME 04112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,066.59 |
|---|---|---|---|

**Krayden**
**1491 West 124th Avenue**
**Denver, CO 80234**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,645.46 |
|---|---|---|---|

**Kuhne + Nagel Inc.**
**10 Exchange Place Floor 19**
**Jersey City, NJ 07302**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,096.94 |
|---|---|---|---|

**Kurdex Corp**
**343 Gibraltar Dr.**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.79 |
|---|---|---|---|

**Liberty Lighting and Fixture Supply**
**1800 De La cruz Boulevard**
**Santa Clara, CA 95050**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,602.92 |
|---|---|---|---|

**Linde Electronics & Speciality Gases**
88299 Expedite Way
Chicago, IL 60695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**LPE S.p.a.**
8 20021 Bolla
Milan, Italy

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.58 |
|---|---|---|---|

**Lund Pearson McLaughlin**
897 Independence Ave. Suite 1E
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,851,095.00 |
|---|---|---|---|

**Mallory Safety and Supply LLC**
PO Box 2068
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**Manitz & Finsterwald Partner**
Postfach 31 02 20 D-80102
Munchen, Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Matthias Gelber**
B-13-5 Megan Avenue II
No.12 Jalan Yap Kwan Seng
Kuala Lumpur, Malaysia 50450-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,480.28 |
|---|---|---|---|

**MaxVac Inc.**
601-G North 1st. St.
Patterson, CA 95363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,799.20 |
|---|---|---|---|

**MBT Systems Ltd**
**23562 NW Clara Lane**
**Hillsboro, OR 97124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,560.00 |
|---|---|---|---|

**Mc Elligot Consulting**
**41547 Chadbourne Dr.**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,338.84 |
|---|---|---|---|

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,354.41 |
|---|---|---|---|

**MESSE MUNCHEN GMBH**
**Messegel nde,**
**Munchen, Germany 81823-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,908.57 |
|---|---|---|---|

**Metalcraft, Inc.**
**3360 9th Street S.W.**
**Mason City, IA 50401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $684.00 |
|---|---|---|---|

**Mettler Toledo**
**PO Box 100682**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,692.50 |
|---|---|---|---|

**MindShift**
**P.O Box 200105 P**
**Pittsburg, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 75 of 90

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,282.12 |
|---|---|---|---|

**Minuteman Press of Mountain View**
618 National Avenue
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.36 |
|---|---|---|---|

**Minuteman Press of Santa Clara**
2368 Walsh Av. Suite B
Santa Clara, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,196.25 |
|---|---|---|---|

**Moore Engineering**
15 Kimble Ave.
Los Gatos, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,306.88 |
|---|---|---|---|

**Moss Adams LLP**
PO Box 748369
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.94 |
|---|---|---|---|

**Motech Industries Inc.**
Science Park Branch No.2, Da-Shun 9th Rd
Hsin-Shi, Tainan
TAiwan 74175

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $978.75 |
|---|---|---|---|

**MSA Systems, Inc.**
1340 S De Anza Blvd. Suite 103
San Jose, CA 95129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,750.00 |
|---|---|---|---|

**Nanolab Technologies, Inc.**
1708 McCarthy, Blvd.
Milpitas, CA 95035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 76 of 90

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622,557.95 |
|---|---|---|---|

**Neo Solar Power Corp.**
**Hsinchu Science Park Hsinchu**
**Taiwan 300, PRC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,216.55 |
|---|---|---|---|

**Noerr LLP**
**Paul-Schwarze-Strabe 2 0109**
**Dresden, Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,780.60 |
|---|---|---|---|

**Oak Creek Properties, LLC**
**18301 Von Karma**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.00 |
|---|---|---|---|

**OK Container Sales**
**2707 E. Valley Blvd #305 ,**
**West Covina, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.16 |
|---|---|---|---|

**Omega Engineering Inc**
**26904 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,601.90 |
|---|---|---|---|

**Onconference**
**POBOX 33087**
**Detroit, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,921.79 |
|---|---|---|---|

**Pacific Panels Inc.**
**74 98th Ave**
**Oakland, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 77 of 90

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,685.00 |
|---|---|---|---|

**Pal Sales CT S&U**
101 Main Street South
Bethlehem, CT 06751

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,154.20 |
|---|---|---|---|

**Park IP Translations**
241 East 4th St. Suite 207
Frederick, MD 21701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,874.00 |
|---|---|---|---|

**Patents Ink**
3635 Old Court Road, Suite 610
Baltimore, MD 21208

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543,675.55 |
|---|---|---|---|

**PG&E**
PO BOX 997300
Sacramento, CA 95899-7300

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,295.60 |
|---|---|---|---|

**Plasmatreat USA, Inc.**
2541 Technology Drive Suite 407
Elgin, Il 60124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,243.25 |
|---|---|---|---|

**Praxair Distribution, Inc.**
195-Praxair Distribution, Inc. Dept LA 2
Pasadena, CA 91185

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**PricewaterhouseCoopers LLP**
P.O. Box 514038
Los Angeles, CA 90051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 78 of 90

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,412.90** |
|---|---|---|---|

**Process Materials, Inc.**
**5625 Brisa Street Suite A**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,193.58** |
|---|---|---|---|

**ProExhibits**
**48571 Milmont Dr.**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94.43** |
|---|---|---|---|

**Promoto Marketing**
**300 Union Ave. #26**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,132.50** |
|---|---|---|---|

**ProTemp Mechanical, Inc.**
**3350 Scott Blvd. Bldg. 3**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,687.40** |
|---|---|---|---|

**Prudential Cleanroom Services**
**PO Box 11210**
**Santa Ana, CA 92711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**PV Measurements, Inc.**
**245 Mill Road Suite 145**
**Point Roberts, WA 98281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.00** |
|---|---|---|---|

**Registered  Agent Solutions, Inc.**
**1701 Directors Blvd. Suite 300**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.80 |
|---|---|---|---|

**RENA Technologies GmbH**
H henweg 1
G tenbach, Germany 78148-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,145.00 |
|---|---|---|---|

**Renewable Energy & Cleantech Law Group**
39 Quail Court, Suite #306
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.29 |
|---|---|---|---|

**Republic Services #915**
PO Box 78829
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,663.00 |
|---|---|---|---|

**RETC LLC**
46457 Landing Pkway
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,518.00 |
|---|---|---|---|

**Riv Inc. S&U**
PO Box Inc.
Merrimack, NH 03054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,396.27 |
|---|---|---|---|

**Robert Half**
P.O Box 743295
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,989.80 |
|---|---|---|---|

**Roofing Supply Group SJ**
P.O BOX 740914
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 80 of 90

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Royal Adhesives & Sealants LLC**
PO BOX 74745
Cleveland, OH 44194

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $484.83 |
|---|---|---|---|

**San Jose Boiler Works**
1585 Schallenberger Rd.
San Jose, CA 95131

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,698.00 |
|---|---|---|---|

**SAS Institute Inc.**
PO Box 406922
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.60 |
|---|---|---|---|

**Schmid Thermal Systems, Inc**
200 Westridge Dr.
Watsonville, CA 95076

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Secretary of State**
PO Box 944230
Sacramento, CA 94244

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,402.57 |
|---|---|---|---|

**Securitas Security Services, Inc.**
2480 N. First Street
San Jose, CA 95131

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $699.50 |
|---|---|---|---|

**SGS Accutest, Inc.**
PO BOX 2506
Carol Stream, IL 60132

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 81 of 90

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,899.24** |
| | **Shape Products** | ☐ Contingent |
| | **1127 57th Avenue** | ☐ Unliquidated |
| | **Oakland, CA 94621** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$480.00** |
| | **Sheahan Enterprise LLC** | ☐ Contingent |
| | **3949 Kite Meadow Dr.** | ☐ Unliquidated |
| | **Plano, TX 75074** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,775.00** |
| | **Sherman Electric** | ☐ Contingent |
| | **1202 Kifer Road** | ☐ Unliquidated |
| | **Sunnyvale, CA 94086** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$649.49** |
| | **Silicon Valley Lockmasters** | ☐ Contingent |
| | **1444 South Main Street** | ☐ Unliquidated |
| | **Milpitas, CA 95035** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$29,265.47** |
| | **SilPac** | ☐ Contingent |
| | **1850 Russel Ave** | ☐ Unliquidated |
| | **Santa Clara, CA 95054** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$856.16** |
| | **Singulus USA** | ☐ Contingent |
| | **P.O Box 5046** | ☐ Unliquidated |
| | **New Britain, CT 06050** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$13,050.00** |
| | **SolarPower International** | ☐ Contingent |
| | **1737 King Street suite 600A** | ☐ Unliquidated |
| | **Alexandria, VA 22314** | ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $582.40 |

**Sun Chemical Corp. S&U**
P.O. Box 2193
Carol Stream, IL 60132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**SW Law Group**
3340 Walnut Ave. Suite 120
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,450.00 |

**Techinsights Inc.**
3000 Solandt Road
Ottawa, ON, Canada K2K 2X2

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Tengku Zambri Tengku Dato' Mahmood**
E102/103, Ground Kelama Parkview
No. 1, Jalan SS6/2 Kelama Jaya
47301 Petaling Jaya
Selangor MY Malaysia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,094.19 |

**Therma Corp.**
1601 Las Plumas Ave
San Jose, CA 95133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $721.11 |

**Toshiba Financial Service**
PO BOX 51043
Los Angeles, CA 95051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182,765.38 |

**TOYOPLAS HOLDINGS PTE LTD**
20 Mactaggart Road #08-01
Khong Guan Industrial Building
Singapore, Singapore 00036-8079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,460.80** |
|---|---|---|---|
| | **Travelers**<br>**PO BOX 660317**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,008.00** |
|---|---|---|---|
| | **Trumpf Huettinger, Inc.**<br>**111 Hyde Road**<br>**Farmington, CT 06032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,851.00** |
|---|---|---|---|
| | **UL LLC**<br>**75 Remittance Drive Suite#1524**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.52** |
|---|---|---|---|
| | **Ulbrich Specialty Wire Products**<br>**75 Remittance Dr. Dept. 3028**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.23** |
|---|---|---|---|
| | **Uline**<br>**PO BOX 88741**<br>**CHICAGO, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |
|---|---|---|---|
| | **ULTRAGLAS, Inc.**<br>**9200 Gazette Avenue**<br>**Chatsworth, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,650.00** |
|---|---|---|---|
| | **USCIS - Dept of Homeland Security**<br>**300 North Los Angeles St,**<br>**Los Angeles, CA 90012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Trade Debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 84 of 90

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.44 |
|---|---|---|---|

**V-Tech Manufacturing**
**1140 W. Evelyn Avenue**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,023.00 |
|---|---|---|---|

**VERSUM MATERIALS**
**7201 HAMILTON BLVD**
**ALLENTOWN, PA 18195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,737.50 |
|---|---|---|---|

**Via Mechanics (USA), Inc.**
**150C Charcot Ave.**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.30 |
|---|---|---|---|

**VWR International LLC**
**PO Box 640169**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,582.54 |
|---|---|---|---|

**W2 Systems**
**106 Cresta Vista Drive**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,080.03 |
|---|---|---|---|

**Wafab International**
**6161-A Industrial Way**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,550.00 |
|---|---|---|---|

**Water System Cleaning**
**5344 Tilton Ct.**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 85 of 90

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,683.32 |

**West Valley Engineering**
**PO Box 49212**
**San Jose, CA 95161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |

**Westpak, Inc.**
**83 Great Oaks Blvd.**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |

**WRS Materials**
**2240 Ringwood Ave.**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.00 |

**Xpedx, LLC**
**PO Box 31001-1382**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,113.47 |

**Xsys Engineering, Inc.**
**142 N. Milpitas Blvd. #273**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,359.00 |

**Yusen Logistics (Americas) Inc.**
**19001 Harborgate Way**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.44 |

**Zoom Imaging Solutions**
**PO BOX 398147**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 86 of 90

| Debtor | **Beamreach Solar, Inc.** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Kimball, Tirey & St. John LLP**<br>**Kenneth D. Schnur**<br>**2300 Clayton Road**<br>**Suite 1300**<br>**Concord, CA 94520** | Line **3.117**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | **550,000.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **7,647,177.58** |
| 5c. **Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $ | **8,197,177.58** |

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 87 of 90

**Fill in this information to identify the case:**

Debtor name   **Beamreach Solar, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| State the term remaining | **Essex Capital Corporation** |
| List the contract number of any government contract | **Ralph T. Iannelli, President** |
| | **1486 East Valley Rd.** |
| | **Santa Barbara, CA 93108** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Real property lease - 1530 McCarthy Ave., Milpitas, CA 95035** |
| State the term remaining | **Oak Creek Properties / Istar** |
| List the contract number of any government contract | **18301 Von Karman Ave.** |
| | **Irvine, CA 92612** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 17-50307   Doc# 3   Filed: 02/09/17   Entered: 02/09/17 16:10:02   Page 88 of 90

**Fill in this information to identify the case:**

Debtor name    **Beamreach Solar, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City   State   Zip Code | | |

Case: 17-50307    Doc# 3    Filed: 02/09/17    Entered: 02/09/17 16:10:02    Page 89 of 90

Fill in this information to identify the case:

Debtor name **Beamreach Solar, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/9/17          x _____
                                 Signature of individual signing on behalf of debtor

                                 **Marinus Jacobus Adrianus Kerstens**
                                 Printed name

                                 **Chief Executive Officer**
                                 Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy