McGuireWoods LLP
Todd J. Dressel (S.B. No. 220812)
Ethan Schatz (S.B. No. 257919)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922
TDressel@mcguirewoods.com

Attorneys for Creditor WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BEAMREACH SOLAR, INC.,<br><br>            Debtor. | Case No. 17-50307 MEH<br>R.S. No. TJD-001<br><br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>Hearing:<br>Date: April 21, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 3020<br>       280 South First Street<br>       San Jose, CA 95113-3099 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A. ("*Wells Fargo*") has filed a Motion for Relief from Automatic Stay (the "*Motion*") in the above-captioned matter. The Motion will be heard before the Honorable M. Elaine Hammond on April 21, 2017, at 10:00

a.m., in Courtroom 3020, at the United States Bankruptcy Court located at 280 South First Street, San Jose, CA 95113-3099.

The Motion is based upon the Memorandum of Points & Authorities attached to the Motion and the Declaration of Victor Choi and Relief from Stay Cover Sheet filed in support of the Motion, as well as other evidence attached thereto in support of the Motion.

Pursuant to Local Bankruptcy Rule 4001-1(c), Wells Fargo has filed and served its Motion with at least fourteen (14) calendar days prior to the hearing date. Respondents opposing the Motion shall appear personally or by counsel at the preliminary hearing. A respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

If no response or appearance is made in opposition to the relief requested in the Motion, the Court may grant the requested relief without further hearing.

Dated: March 30, 2017

                                          MCGUIREWOODS LLP

                                          By:*/s/ Todd J. Dressel*_____
                                              Todd J. Dressel
                                              *Counsel to Wells Fargo Bank, N.A.*

88364108_2