Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Beamreach Solar, Inc.<br>aka Beachreach Solar, Inc.<br>aka Soltaix, Inc.<br>aka Soltaix LC<br>aka Solexel GmbH<br>aka Solexel International<br>aka Solexel, Inc.<br>aka Solexel (M) SDN. BHD.<br>Debtor(s) | Case No.: 17−50307 MEH 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Kari Bowyer is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 4/3/17

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge